FILED

AUG 10 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 1:22 CR 465 |
| v. | ) CASE NO. |
| | ) Title 18, United States Code, |
| SCOTT KOLLAR, | ) Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) |

**JUDGE FLEMING**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about March 23, 2022, in the Northern District of Ohio, Eastern Division, Defendant SCOTT KOLLAR, knowing he had previously been convicted of crimes, each punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery, on or about December 4, 2000, in Case Number CR-00-396586, in the Cuyahoga County Court of Common Pleas; and Conspiracy to Possess with Intent to Distribute Cocaine and Possession with Intent to Distribute Cocaine, on or about October 17, 2007, in United States District Court for the Northern District of Ohio; knowingly possessed a firearm, to wit: Browning Arms 6mm semiautomatic pistol, serial number 462952, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant SCOTT KOLLAR shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: Browning Arms 6mm semiautomatic pistol, serial number 462952, and ammunition, seized on March 23, 2022.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.